IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDOLPH KINZER and MONA LISA KINZER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06cv0649 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | Judge Thomas A. Wiseman, Jr. |
| NASHVILLE and DAVIDSON COUNTY, and ) | Magistrate Judge John S. Bryant |
| JOHN A. WELLS, IV, individually and in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Defendant John A. Wells, IV's Rule 12(b)(6) Motion for Partial Dismissal (Doc. No. 7), which Defendant Metropolitan Government of Nashville and Davidson County has joined (Doc. No. 16). For the reasons explained in the accompanying Memorandum Opinion, Defendants' motion is hereby **DENIED**.

It is so **ORDERED.**

This case is referred to the Magistrate Judge for further case management.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge